```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-74793 RLE** |
| **JOSE MENANDRO PALABRICA and CHARMIE PAMELA ATIENZA,** | **Chapter 7** |
| Debtors. | **EX-PARTE MOTION TO REOPEN CASE** |
| _____/ | |

Jose Menandro Palabrica & Charmie Pamela Atienza, Debtors herein, move the Court pursuant to 11 U.S.C. §350(b), for an order reopening their Chapter 7 case. On February 9, 2011, Debtors filed a Motion to Avoid Lien of Citibank (South Dakota) NA. On March 7, 2011, the proposed motion was denied by the court. On March 9, 2011, the Motion to Avoid Lien was re-served in order to cure the deficiencies found in the original motion. While the motion was re-served on the creditors the motion was not re-filed with the bankruptcy court. The court issued an order discharging the debtors on March 22, 2011, prior to the re-submission of the Order to Avoid Lien. Pursuant to Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California, twenty-one (21) days must elapse from the time the motion is served to the submission of the order. Barring any opposition to the

proposed motion, the debtors will submit an Order to Avoid Lien on March 31, 2011.

WHEREFORE, Debtors request the court reopen the above-captioned case.

Dated:   March 25, 2011        /s/ Corrine Bielejeski
                               CORRINE BIELEJESKI
                               Attorney for Debtors